IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALEX RUDAJ, :
    Petitioner : No. 1:25-cv-02248
   :
v. : **(Judge Kane)**
   :
**WARDEN LSCI ALLENWOOD**, :
    Respondent :

## ORDER

    **AND NOW**, on this 13th day of February 2026, after considering pro se Petitioner Alex Rudaj ("Rudaj")'s petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), Respondent's response in opposition to the petition (Doc. No. 6), and Rudaj's reply brief in further support of his petition (Doc. No. 7), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Rudaj's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                          s/ Yvette Kane
                                          Yvette Kane, District Judge
                                          United States District Court
                                          Middle District of Pennsylvania